# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ROGER A. SCOTT, )<br>          *Plaintiff*          )<br>              v.              )  Civil Action No. CV-12-536-RMP<br>                                )<br>V. DOAN, correctional officer, )<br>          *Defendant*          | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The above-captioned action is dismissed without prejudice and Judgment of Dismissal is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  August 8, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
          *(By) Deputy Clerk*

Linda Emerson